Derrick Vincent Redd, pro se. Robert Andrew Spencer, Office of the United States Attorney, Alexandria, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Derrick Vincent Redd seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and his motion for reconsideration. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Redd,* Nos. CR–97–6; CA–00–642 (E.D.Va. filed Oct. 12, 2000, entered Oct. 13, 2000; Nov. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Derrick Vincent REDD, Defendant– Appellant.**

No. 01–6152.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.